1  Frank Woodson
   Navan Ward
2  **BEASLEY, ALLEN, CROW, METHVIN,**
   **PORTIS & MILES, P.C.**
3  218 Commerce Street
   P.O. Box 4160
4  Montgomery, Alabama 36103
   Telephone: 334-269-2343
5  Facsimile: 334-954-7555
   Attorneys for Plaintiffs
6

7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10               SAN FRANCISCO DIVISION

11

12 IN RE: BEXTRA AND CELEBREX           **MDL NO. 1699**
   MARKETING SALES PRACTICES AND        **District Judge: Charles R. Breyer**
13 PRODUCT LIABILITY LITIGATION

14 This Document Relates To:

15 *James Alan Bell vs. G.D. Searle LLC, et al.*  **AMENDED STIPULATION AND**
   *(05-4450 CRB)*                              **ORDER OF DISMISSAL WITH**
16                                              **PREJUDICE**

17 *James Rogers Fanning vs. G.D. Searle LLC, et al.*
   *(05-4453 CRB)*
18

19 *John J. Driscoll vs. Pfizer Inc, et al.*
   *(05-4584 CRB)*

20 *Barbara Clem vs. G.D. Searle LLC, et al.*
   *(05-4736 CRB)*
21

22 *Kathleen Cote, et al. vs. G.D. Searle LLC, et al.*
   *(05-5360 CRB)*

23 *Johnny Edwards vs. Pfizer Inc, et al.*
   *(06-1914 CRB)*
24

25 *William Crowley vs. Pfizer Inc*
   *(06-2668 CRB)*

26 *Connie B. Anderson vs. Pfizer Inc, et al.*
   *(06-2784 CRB)*
27

28 *Tracy Baral vs. Pfizer Inc, et al.*
   *(06-2912 CRB)*

                              -1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42595197.1

1

2  *Willevene Gruver, et al. vs. Pfizer Inc, et al.*
   (06-2940 CRB)

3  *Michael Castle, et al. vs. Pfizer Inc, et al.*
   (06-3061 CRB)
4
   *Henry Anderson vs. Pfizer Inc, et al.*
5  (06-3418 CRB)

6  *Carolyn Chasteen vs. Pfizer Inc, et al.*
   (06-3433 CRB)
7
   *James Craig vs. Pfizer Inc, et al.*
8  (06-3554 CRB)

9  *Connie Akridge vs. Pfizer Inc, et al.*
   (06-3555 CRB)
10
   *Faye Cochran vs. G.D. Searle LLC, et al.*
11 (06-3654 CRB)

12 *Herbert R. Gorham vs. G.D. Searle LLC, et al.*
   (06-3657 CRB)
13
   *David Dobbins vs. Pfizer Inc, et al.*
14 (06-3950 CRB)

15 *Vera A. Benefiel, et al. vs. Pfizer Inc, et al.*
   (06-4012 CRB)
16
   *Jerry Goodman vs. Pfizer Inc, et al.*
17 (06-4013 CRB)

18 *Gene N. Gordon vs. G.D. Searle LLC, et al.*
   (06-4294 CRB)
19
   *Alyce B. Elliott vs. Pfizer Inc, et al.*
20 (06-4419 CRB)

21 *Roger D. Conner vs. G.D. Searle LLC, et al.*
   (06-4483 CRB)
22
   *Elaine Givens vs. Pfizer Inc, et al.*
23 (06-4608 CRB)

24 *Shelia Adams, et al. vs. Pfizer Inc, et al.*
   (06-5040 CRB)
25
   *Veronica Grice, et al. vs. Pfizer Inc, et al.*
26 (06-5385 CRB)

27 *Jeffery L. Davis vs. Pfizer Inc, et al.*
   (06-7009 CRB)
28

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\2595197.1

1   *Rick Detmer, et al. vs. Pfizer Inc, et al.*
    (06-7523 CRB)

2

3   *Randy Gunter, et al. vs. Pfizer Inc, et al.*
    (06-7524 CRB)

4   *Robert C. Bonnett, et al. vs. Pfizer Inc, et al.*
    (06-7770 CRB)

5

6   *Christene Canada vs. Pfizer Inc, et al.*
    (06-7771 CRB)

7   *Christine Erickson, et al. vs. Pfizer Inc, et al.*
    (06-7772 CRB)

8

9   *Dannie Graham vs. Pfizer Inc, et al.*
    (06-7774 CRB)

10  *Troy L. Coker, et al. vs. Pfizer Inc, et al.*
    (06-7775 CRB)

11

12  *Michael Fisher vs. Pfizer Inc, et al.*
    (07-0761 CRB)

13  *George S. Chiotakis vs. Pfizer Inc, et al.*
    (07-0860 CRB)

14

15  *Ricky Estep vs. Pfizer Inc, et al.*
    (07-0971 CRB)

16  *Ralph Rocha, et al. vs. Pfizer Inc, et al.*
    (07-1124 CRB)

17

18  *Shirley Darling, et al. vs. Pfizer Inc, et al.*
    (07-1356 CRB)

19  *Lawrence Burris, et al. vs. Pfizer Inc, et al.*
    (07-1371 CRB)

20

21  *Richard L. Bowden vs. Pfizer Inc, et al.*
    (07-1375 CRB)

22  *Betty Grulke vs. Pfizer Inc, et al.*
    (07-1768 CRB)

23

24  *Bradley John Cok, et al. vs. Pfizer Inc, et al.*
    (07-1874 CRB)

25  *Phyllis Buonopane vs. Pfizer Inc, et al.*
    (07-2026 CRB)

26

27  *Connie LaGrew, et al. vs. Pfizer Inc, et al.*
    (07-3034 CRB)

28  *Betty Lou Bass vs. Pfizer Inc, et al.*

-3-

EAST\42595197.1

1   (07-3643 CRB)

2   *Rachel Carballo, et al. vs. Pfizer Inc, et al.*
    (07-3646 CRB)

3

4   *Chad James Flynn, et al. vs. Pfizer Inc, et al.*
    (07-3955 CRB)

5   *Helen Alexander, et al. vs. Pfizer Inc, et al.*
    (07-4382 CRB)

6

7   *James Dauphinais, et al. vs. Pfizer Inc, et al.*
    (07-4983 CRB)

8   *James Darty vs. G.D. Searle LLC, et al.*
    (07-5399 CRB)

9

10   *Robyn Anderson, et al. vs. Pfizer Inc, et al.*
    (07-5590 CRB)

11   *Morris Adams, et al. vs. Pfizer Inc, et al.*
    (07-5591 CRB)

12

13   *Peter Fos vs. Pfizer Inc, et al.*
    (07-5685 CRB)

14   *Michael H. Allen, et al. vs. Pfizer Inc, et al.*
    (07-5703 CRB)

15

16   *Vivian Cobb vs. Pfizer Inc, et al.*
    (08-0257 CRB)

17   *Roberta Bowman vs. Pfizer Inc, et al.*
    (08-0303 CRB)

18

19   *Harriet Bratcher vs. Pfizer Inc, et al.*
    (08-0795 CRB)

20   *Olive Beebe, et al. vs. Pfizer Inc, et al.*
    (08-0977 CRB)

21

22   *Ramond Beaver vs. Pfizer Inc, et al.*
    (08-1015 CRB)

23   *Robert Colman vs. Pfizer Inc, et al.*
    (08-1016 CRB)

24

25   *Robert E. Davis, et al. vs. Pfizer Inc, et al.*
    (08-1224 CRB)

26   *Rommie Anderson, et al. vs. Pfizer Inc, et al.*
    (08-1351 CRB)

27

28   *Tim Gray vs. Pfizer Inc, et al.*
    (08-1434 CRB)

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42595197.1

*Owen L. May, et al. vs. Pfizer Inc, et al.*
(08-1590 CRB)

*Ronald Carr, et al. vs. Pfizer Inc, et al.*
(08-1591 CRB)

*Mary Basilisco, et al. vs. Pfizer Inc, et al.*
(08-1746 CRB)

*Earnest Colvin vs. Pfizer Inc, et al.*
(08-2470 CRB)

*Velma Burt vs. Pfizer Inc, et al.*
(08-2471 CRB)

*Sarah Benton vs. Pfizer Inc, et al.*
(08-2605 CRB)

*Lawanda Bell vs. Pfizer Inc, et al.*
(08-3708 CRB)

Come now Plaintiffs in the above-entitled actions and Defendants, by and through the

undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with

each side bearing its own attorneys' fees and costs.

DATED: 10 2, 2009      By: /s/ Navan Warel F.

**BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.**
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36103
Telephone: 334-269-2343
Facsimile: 334-954-7555

*Attorneys for Plaintiffs*

-5-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42595197.1

1    DATED: Oct. 29, 2009      By: _____

2

3                               **DLA PIPER LLP (US)**
                                1251 Avenue of the Americas
4                               New York, New York 10020
                                Telephone: 212-335-4500
                                Facsimile: 212-335-4501
5

6                               *Defendants' Liaison Counsel*

7

8    **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**
9    **IT IS SO ORDERED.**

10

11   Dated: NOV 1 3 2009

12                               Hon. Charles R. Breyer
                                United States District Court

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    -6-

PFZR/1035934/1132569v.1

EAST\42595197.1